CHAMBERS OF
**THOMAS J. MESKILL**
U.S. CIRCUIT JUDGE
OLD POST OFFICE PLAZA
114 WEST MAIN STREET
NEW BRITAIN. CT 06051

August 23, 2004

Judge Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

Re: <u>Amended 2003 Financial Report</u>

Dear Judge Lisi:

In accordance with your letter of July 27, 2004, I enclose herewith original and three copies of an Amended Report to correct the errors you reported on my 2003 Financial Report.

I trust that the amended report will correct the deficiencies in my original report.

You will note that my amended report is on a 2002 form that I revised to show that it is for the calendar year 2003.   This was the only form available on the Administrative Office website. You will note that I adjusted Section III to reflect the new information requested in the 2003 form.

Sincerely,



THOMAS J. MESKILL
United States Circuit Judge

Enclosures

| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) MESKILL, Thomas J. | 2. Court or Organization United States Court of Appeals for the Second Circuit | 3. Date of Report 8/20/04 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Circuit Judge (Senior) | 5. Report Type (check appropriate type) __ Nomination, Date _____ __ Initial XXX Annual __ Final | 6. Reporting Period 1/1/2003 - 12/31/03 |
|---|---|---|

| 7. Chambers or Office Address Old Post Office Plaza, Suite 204 114 West Main Street New Britain, CT 06051 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| TRUSTEE EMERITUS | GOODSPEED OPERA HOUSE FOUNDATION (Charitable Foundation) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [XX] NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| | A. Filer's Non-Investment Income State of Connecticut - Pension | $ 27,941.34 |
| | B. Spouse's Non-Investment Income | $ |
| | XX None (No reportable non-investment income.) | $ |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>MESKILL, Thomas J. | Date of Report<br>8/20/04 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | XX  NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | XX  NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | XX  NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
●=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MESKILL, Thomas J. | 8/20/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 Adacorp, Inc. | -- | none | J | W | | | | | |
| 2 Land, Great Exuma | -- | none | J | W | | | | | |
| 3 People's Bank Bridgeport, CT | B | div. | K | T | | | | | |
| 4 Am. Finan. conversion to Banknorth | A | div. | J | T | partial sale | 5/16 | J | | |
| 5 Am. Finan. conversion to Banknorth | A | div. | J | T | partial sale | 5/16 | J | | |
| 6 Banknorth | A | div. | J | T | | | | | |
| 7 Banknorth | A | div. | J | T | | | | | |
| 8 First City Bank (stock) | A | div. | | | Sell | 5/30 | J | | |
| 9 First City Bank (checking) | A | int. | J | T | | | | | |
| 10 (passbook savings) Webster Bank | A | int. | J | T | | | | | |
| 11 AHOLD, N.V. | -- | None | | | Buy | 5/19 | J | | |
| 12 AHOLD, N.V. | -- | None | | | Sell | 6/5 | J | B | |
| 13 Cisco Systems | -- | None | | | Sell | 9/3 | J | A | |
| 14 (passbook savings) People's Bank | A | int. | J | T | | | | | |
| 15 (passbook savings) New Haven Savings Bank | A | int. | J | T | | | | | |
| 16 (passbook savings) Farmington Savings Bank | A | int. | J | T | | | | | |
| 17 Vanguard Mutual Fund Wellington Fund | A | div. | J | T | | | | | |

(continued on page 2)

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>MESKILL, Thomas J. | Date of Report<br>8/20/04 |
|---|---|---|

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of

spouse and dependent children. See pp. 34-57 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during reporting period<br>(1)<br>Amt. Code 1<br>(A-H) | (2)<br>Type (e.g. div., rent or int.) | C.<br>Gross value at end of reporting period<br>(1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date Month-Day | If not exempt from disclosure<br>(3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Vanguard Mutual Fund Primecap | A | div. | J | T | | | | | |
| 19 General Electric Co. | A | div. | J | T | Buy | 1/2 | J | | |
| 20 Vanguard Money Mkt. Fund | A | int. | J | T | | | | | |
| 21 Vanguard Money Mkt. Fund | A | int. | J | T | | | | | |
| 22 Phoenix Cos. | A | div. | J | T | Buy | 6/9 | J | | |
| 23 Stanley Works | | None | | | Buy | 3/3: | J | | |
| 24 Stanley Works | A | div. | J | T | Buy | 4/9 | J | | |
| 25 Stanley Works | A | div. | J | T | Buy | 6/3 | J | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. E1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Oth. | S=Assessment<br>W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MESKILL, Thomas J. | 8/20/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____8/20/04_____

NOTE: ANY INDIVIDUAL ___ NOWINGLY AN  WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>MESKILL, Thomas J. | 2. Court or Organization<br><br>United States Court of Appeals for the Second Circuit | 3. Date of Report<br><br>5/14/04 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge (Senior) | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial  xx Annual  ___ Final | 6. Reporting Period<br><br>1/1/2003 - 12/31/03 |
| 7. Chambers or Office Address<br>Old Post Office Plaza, Suite 204<br>114 West Main Street<br>New Britain, CT 06051 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 | |
| 2 TRUSTEE EMERITUS | GOODSPEED OPERA HOUSE FOUNDATION (Charitable Foundation) |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| xx NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | State of Connecticut - Pension | $27,941.34 |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| xx NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

FINANCIAL DISCLOSURE OFFICE
MAY 19 12 23 PM '04
RECEIVED

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| xx 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| xx 1 | NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| xx 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Adacorp, Inc. | none | ---- | J | W | | | | | |
| 2 Land, Great Exuma | none | ---- | J | W | | | | | |
| 3 Peoples Bank, Bridgeport, CT | A | div. | K | T | div. reinv. | 2/18 | | | |
| 4 Peoples Bank, Bridgeport, CT | A | div. | K | T | div. reinv. | 5/15 | J | | |
| 5 Peoples Bank Bridgeport, CT | A | div. | K | T | div. reinv. | 8/15 | J | | |
| 6 Peoples Bank Bridgeport, Ct | A | div. | K | T | div. reinv. | 11/17 | J | | |
| 7 American Financial | A | div. | J | T | div. reinv. | 2/14 | J | | |
| 8 Am. Finan. conversion to Banknorth | A | frac. sh. | J | T | sale | 5/16 | J | | |
| 9 Banknorth | A | div. | J | T | div. reinv. | 8/11 | J | | |
| 10 Banknorth | A | div. | J | T | div. reinv. | 11/10 | J | | |
| 11 American Financial | A | div. | J | T | div. reinv. | 2/14 | J | | |
| 12 Am. Finan. conversion to Banknorth | A | frac. sh. | J | T | sale | 5/6 | J | | |
| 13 Banknorth | A | div. | J | T | div. reinv. | 8/11 | J | | |
| 14 Banknorth | A | div. | J | T | div. reinv. | 11/10 | J | | |
| 15 First City Bank (stock) | A | div. | J | T | Sell | 5/30 | J | | |
| 16 First City Bank (checking | A | int. | J | T | | | | | |
| 17 (passbook savings) Webster Bank | A | int. | J | T | | | | | |

(continued on page 2)

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MESKILL, Thomas J. | 5/14/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 AHOLD, N.V. | | | | | buy | 5/19 | J | | |
| 2 AHOLD, N.V. | | | | | sell | 6/5 | J | B | |
| 3 Cisco Systems | none | | | | sell | 9/3 | J | A | |
| 4 (passbook savings) People's Bank | A | int. | J | T | | | | | |
| 5 (passbook savings) New Haven Savings Bank | A | int. | J | T | | | | | |
| 6 (passbook savings) Farmington Savings Bank | A | int. | J | T | | | | | |
| 7 Vanguard Mutual Fund Wellington Fund | A | div. | J | T | | | | | |
| 8 Vanguard Mutual Fund Primecap | A | div. | J | T | | | | | |
| 9 General Electric Co. | | | | | buy | 1/2 | J | | |
| 10 General Electric Co. | A | div. | J | T | | 2/14 | | | |
| 11 General Electric Co. | A | div. | J | T | | 6/13 | | | |
| 12 General Electric Co. | A | div. | J | T | | 9/12 | | | |
| 13 General Electric Co. | A | div. | J | T | | 12/12 | | | |
| 14 Vanguard Money Market Fund | A | int. | J | T | | | | | |
| 15 Vanguard Money Market Fund | A | int. | J | T | | | | | |
| 16 Phoenix Cos. | A | div. | J | T | buy | 6/9 | J | | |
| 17 Stanley Works | | | | | buy | 3/31 | J | | |

(continued on page 3)

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| MESKILL, Thomas J. | 5/14/04 |

## VII. Page 1. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Stanley Works | | | | | buy | 4/9 | J | | |
| 2 Stanley Works | | | | | buy | 4/9 | J | | |
| 3 Stanley Works | | | | | buy | 6/3 | J | | |
| 4 Stanley Works | A | div. | J | T | | 3/28 | | | |
| 5 Stanley Works | A | div. | J | T | | 6/27 | | | |
| 6 Stanley Works | A | div. | J | T | | 9/23 | | | |
| 7 Stanley Works | A | div. | J | T | | 12/31 | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatur███████████████████                            Date  5/12/04

NOTE: ██████████████████████████ILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544